RANDAZZO, AUGUST GUS, II    10-14730

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

(985) 446-1284

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

104
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
RANDAZZO, AUGUST GUS, II (10-14730 A)
92009395483266
COMBINED SMALL CHECK

TID # 380220

Date 10/18/2011

$ ***********3.10

~~~Three Dollars and 10/100

Pay to the Order of  Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑆024931⑆ 92009395483266⑈

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229233    — JN
* * C O P Y * *
October 20, 2011
16:06:03

UNC.UNDER$25
10-14730

Debtor.: AUGUST GUS RANDAZZO
Trustee: Aaron Caillouet
Amount.:             $3.10 CH
Check#.: 104

Deposit to 106000
Due: Asset Acceptance, LLC
$3.10

CVogel
10/20/11

Total-> $3.10

FROM: CAILLOUET

Printed: 10/18/11 10:52 AM

Page: 1

## Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

**Case:** 10-14730 - RANDAZZO, AUGUST GUS, II

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920093954833266 | 104 | 10/18/11 | | | Payee: | Clerk, U.S. Bankruptcy Court | | | | $3.10 |
| | | | 11 | 03/10/11 | 640 | Asset Acceptance LLC | 3.10 | 3.10 | 3.10 | 3.10 |
| | | | | | | Check Amount: | | | | 3.10 |

(*) Denotes objection to Amount Filed